# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEDICAL SERVICE DOCTOR, et al.,<br><br>　　　　Defendants. | **Case No. 1:15-cv-01871-LJO-JLT (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL THAT ACTION PROCEED SOLELY ON PLAINTIFF'S DELIBERATE INDIFFERENCE CLAIM AGAINST DEFENDANT DR. HASTA AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED**<br><br>**(Docs. 20, 23, 24)** |

　　　　Plaintiff, Monico J. Quiroga, III, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 10, 2016, the Magistrate Judge filed a Findings and Recommendations that this action should proceed on Plaintiff's first cause of action in the Second Amended Complaint against Defendant Dr. Hasta for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment. (Doc. 23.) This was served on Plaintiff that same day and contained notice that any objections were to be filed within thirty days. (*Id.*) Plaintiff did not file any objections; rather he filed a declaration that he agreed to only proceed on his Eighth Amendment claim against Dr. Hasta.

/ / /

/ /

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to proceed on the Findings and Recommendation, filed November 29, 2016 (Doc. 24), is granted;
2. the Findings and Recommendations, filed November 10, 2016 (Doc. 23), is adopted in full;
3. this action shall proceed on Plaintiff's Second Amended Complaint, filed on May 23, 2016 (Doc. 20), against Defendant Dr. Hasta for deliberate indifference to Plaintiff's serious medical needs in violation of the Eight Amendment;
4. all other Defendants and claims are dismissed for Plaintiff's failure to state a claim upon which relief may be granted;
5. the Clerk's Office shall terminate Defendants "Medical Service Doctor," "LVN," and "RN" and shall add "Dr. Hasta" as a Defendant on the docket of this action;
6. this action shall hereafter be captioned "Monico J. Quiroga, III v. Dr. Hasta;" and
7. the action is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **November 30, 2016**          /s/ Lawrence J. O'Neill
                                                 UNITED STATES CHIEF DISTRICT JUDGE