# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III,<br><br>   Plaintiff,<br><br>   v.<br><br>Dr. HASTA,<br><br>   Defendant. | Case No. 1:15-cv-01871-LJO-JLT (PC)<br><br>**ORDER DENYING AND STRIKING PLAINTIFF'S MOTION TO SUBMIT ADDITIONAL INMATE GRIEVANCES; CLERK'S OFFICE TO RETURN IT TO PLAINTIFF**<br><br>**(Doc. 30)** |

On December 23, 2016, Plaintiff filed a motion to be allowed to submit additional inmate grievances, presumably on the medical issues on which he proceeds in this action. (Doc. 30.) However, there is no reason for him to do so. As stated in the First Informational Order, "[t]he Court will not serve as a repository for evidence. The parties may not file evidence (prison, disciplinary or medical records, witness affidavits, etc.) with the Court until it becomes necessary to do so in connection with a motion for summary judgment, trial or the Court requests otherwise." (Doc. 2, p. 3.)

Despite this instruction, Plaintiff states that he filed this motion "to submit additional grievances - documentation." (Doc. 30, p. 1.) It is not necessary for Plaintiff to submit documentation of his inmate grievances at this time. His claim against Dr. Hasta has only recently been found cognizable and an order issued just a few days ago for the United States Marshall's office to serve Dr. Hasta. (Docs. 23, 25, 28.)

1

1  Accordingly, it is the Court **ORDERS** that Plaintiff's motion to submit additional
2  grievances (Doc. 30) is **DENIED**. The Clerk's Office is directed to return the motion and
3  grievances to Plaintiff.

IT IS SO ORDERED.

Dated:   **December 29, 2016**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE