# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL SERVICE DOCTOR, et al.,<br><br>Defendants. | Case No. 1:15-cv-01871-LJO-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAITIFF'S MOTION FOR INJUNCTIVE RELIEF**<br><br>**(Docs. 33, 42)** |

Plaintiff, Monico J. Quiroga, III, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 1, 2017, the Magistrate Judge filed a Findings and Recommendations to deny Plaintiff's motion for injunctive relief. (Doc. 42.) This was served on Plaintiff that same day and contained notice that any objections were to be filed within twenty-one days. (*Id.*) More than two months have passed without Plaintiff filing any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, it is HEREBY ORDERED that:

1. the Findings and Recommendations, filed June 1, 2017 (Doc. 42), is adopted in full; and
2. Plaintiff's motion for injunctive relief, filed on March 3, 2017 (Doc. 33) is DENIED.

IT IS SO ORDERED.

Dated: **September 6, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE