# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HASTA,<br><br>　　　　　Defendant. | Case No. 1:15-cv-01871-LJO-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR COPIES OF DOCUMENTS PRODUCED IN DISCOVERY AND/OR SUBPOENAED**<br><br>**(Doc. 59)** |

On September 18, 2017, Plaintiff filed a motion indicating that he is proceeding *in forma pauperis* and is unable to pay "for documents requested or subpoenaed." (Doc. 59.) Though not clearly stated, it appears that Plaintiff desires to receive copies of documents produced in response to subpoenas for free. While Plaintiff is proceeding *in forma pauperis* under 28 U.S.C. § 1915, this does not allow Plaintiff to avoid paying for copies of documents produced in discovery. Rather, one proceeding *in forma pauperis* is allowed to pay for the filing fee over time based on percentage of the deposits/assets in his inmate trust account, and need not pay for transcripts of court proceedings for use by this or an appellate court, and for service of process. 12 U.S.C. § 1915(a)-(d). However, one proceeding *in forma pauperis* is responsible for paying all other costs necessary to litigate their case -- including the cost of copies of documents produced in discovery.

Accordingly, Plaintiff's motion to not be required to pay for copies of documents sought

1

in discovery or via subpoena is **DENIED**.

IT IS SO ORDERED.

Dated: **September 22, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE