# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III,<br><br>    Plaintiff,<br><br>  v.<br><br>Dr. HASTA,<br><br>    Defendant. | 1:15-cv-01871-LJO-JLT (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE<br><br>(Doc. 62)<br><br>Dispositive Motion Filing Deadline: **December 8, 2017** |

The Court is in receipt of Defendant's motion for an order extending the deadline to file dispositive motions. (Doc. 62.) Good cause having been shown, Defendant's motion is GRANTED, the dispositive motion deadline is extended to **December 8, 2017.** Fed. R. Civ. P. 6; Local Rule 144(c).

IT IS SO ORDERED.

    Dated: __**October 24, 2017**__              __**/s/ Jennifer L. Thurston**__
                                                                       UNITED STATES MAGISTRATE JUDGE