# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HASTA,<br><br>　　　　　Defendant. | **No. 1:15-cv-01871-LJO-JLT**<br><br>**ORDER ON PLAINTIFF'S MOTION FOR COPIES**<br><br>**(Doc. 79)** |

Plaintiff filed a motion requesting "to receive copy of grievance and complaint" and asking that the cost of any copies be charged to his "L.R.A. account." (Doc. 79.) Plaintiff's request is too vague for the Court to determine what documents Plaintiff wants copied. Further, payment for copies must be made in advance at the cost of $0.50 per page.[1] Thus, Plaintiff must specifically identify the documents he wants copied and submit prepayment.

Accordingly, Plaintiff's motion for copies, filed on October 1, 2018 (Doc. 78), is DENIED without prejudice.

IT IS SO ORDERED.

　　Dated: __October 18, 2018__　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] All parties must pay for copies of documents filed in an action, even if they are proceeding *in forma pauperis*.